UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| PLEX CAPITAL, LLC, | ) | CASE NO. 1:22-CV-01893-JG |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| vs. | ) | |
| | ) | |
| GENEVA OPCO LLC D/B/A GENEVA CENTER FOR REHABILITATION AND NURSING, | ) ) ) | |
| | ) | |
| RIDGEWOOD MANOR, LLC D/B/A RIDGEWOOD MANOR D/B/A RIDGEWOOD MANOR NURSING CENTER | ) ) ) ) | **DEFENDANT GENEVA'S MOTION FOR ONE-DAY EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |
| | ) | |
| CONCORD CARE CENTER OF TOLEDO, INC., D/B/A CONCORD CARE CENTER D/B/A THE VISTA AT CONCORD CARE CENTER OF TOLEDO D/B/A CONTINENTAL HEALTH COMPANY OF TOLEDO, LLC, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

Defendant Geneva Opco LLC d/b/a Geneva Center for Rehabilitation and Nursing ("Geneva") respectfully moves this Court for a one-day extension of time to file Geneva's reply brief in support of its July 10, 2023 Motion for Summary Judgment [Doc. No. 31]. Currently, Geneva's reply brief is due on July 31, 2023. Geneva requests that its new reply brief deadline be moved to August 1, 2023 due to Geneva's counsel's current schedule.

Geneva's request is not made for the purposes of the delay and will not prejudice the parties.

Respectfully submitted,

*/s/ Michael J. Meyer*
Michael J. Meyer (0087953)
John N. Dagon (0098128)
BENESCH, FRIEDLANDER, COPLAN &
ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44114
Phone:      (216) 363-4500
Facsimile: (216) 363-4588
E-mail:     mmeyer@beneschlaw.com
            jdagon@beneschlaw.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The foregoing document was served on Plaintiff's counsel via email on July 26, 2023.

*/s/ Michael J. Meyer*
Michael J. Meyer (0087953)

*One of the Attorneys for Defendants*